United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THIRU J. IMMANUEL and IMMANUEL METAL CORPORATION,

    Plaintiffs,

  v.

EDWARD Z. BINE-STOCK, E&E STEEL TRADING, AND E&E GROUP, INC., REGISTERED TRADE NAME OF THE E7E GROUP, LLC,

    Defendants.

No. C 06-07489 WHA

**ORDER DISMISSING CASE**

The parties in the above-entitled matter having failed to appear at the case management conference on Thursday, March 15, 2007, and having failed to file a case management conference statement in compliance with the Court's orders,

The Court hereby **DISMISSES** plaintiffs' claims for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk shall **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE